IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Huntingdon Valley          County:  Montgomery

City and State of Defendant:  Huntingdon Valley, PA

County: Montgomery          Register number:    N/A

Place of accident, incident, or transaction:     Eastern District of Pennsylvania

Post Office: Philadelphia          County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:      No

Case Number: N/A          Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

**52 U.S.C. § 10307(c) (voter registration fraud - 1 count)**
**52 U.S.C. § 10307(e) (voting more than once in a federal election - 2 counts)**
**52 U.S.C. § 20511(2) (voter fraud - 2 counts)**

DATE: August 9, 2024          s/ Nancy E. Potts /Mark B. Dubnoff
                              Nancy E. Potts / Mark B. Dubnoff
                              Assistant United States Attorneys

File No. 2023R00657
U.S. v. Philip C. Pulley