IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 24-cr-00288-MSG |
| PHILLIP C. PULLEY | : | |
| 1241 Welsh Road | : | |
| Huntingdon Valley, PA 19006 | : | |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for an **Arraignment / Guilty Plea Hearing** on **Thursday, September 12, 2024** at **11:00 a.m.** before the **Honorable Mitchell S. Goldberg** in **Courtroom 17A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

**By:**     Sheila McCurry, Courtroom Deputy to the Honorable Mitchell S. Goldberg
            Phone: 267-299-7400

**Date:**   August 29, 2024

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel -Brian McMonagle
                      Assistant U.S. Attorney – Mark Dubnoff and Nancy Potts
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

crnotice (July 2021)