# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | |
| **PHILLIP C. PULLEY** | : | **NO. 24-288** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

KINDLY enter my appearance on behalf of the Defendant, PHILLIP C. PULLEY, in the above-captioned matter.

> */s/ BRIAN J. MCMONAGLE*
> **BRIAN J. MCMONAGLE, ESQUIRE**
> **Attorney for Defendant**

**DATED: 8/29/2024**