# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL ACTION |
| v. | : |
| | :    NO. 24-288 |
| PHILIP C. PULLEY | : |

## ORDER

**AND NOW**, this 14th day of January, 2025, upon consideration of the Government's Unopposed Motion to Dismiss Count 3 of the Information pursuant to Fed. R. Crim. P. 48(a) (ECF No. 21), and in accordance with the written plea agreement entered into between the Government and Defendant Philip Pulley, who was sentenced on January 9, 2025, it is hereby **ORDERED** that the Motion is **GRANTED** and Count 3 of the Information filed in this matter on August 9, 2024 is **DISMISSED**.

BY THE COURT:

*/s/*  Mitchell S. Goldberg
_____
**Mitchell S. Goldberg,    J.**