**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| vs. | : | |
| **PHILIP PULLEY** | : | **NO. 24-288 MSG** |

### O R D E R

AND NOW, to wit, this _____ day of _____, it is hereby ORDERED AND DECREED that the defendant PHILIP PULLEY, be permitted to travel to the Galapagos Islands and Ecuador from May 13 until May 25, 2025.

_____
**THE HONORABLE MITCHELL GOLDBERG**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| PHILIP PULLEY | : | NO. 24-288 MSG |

## MOTION TO PERMIT TRAVEL OUTSIDE THE UNITED STATES

Defendant, PHILIP PULLEY, by his attorney, BRIAN J. MCMONAGLE, Esquire, hereby moves that this Honorable Court enter an ORDER permitting him to travel abroad to the Galapagos Islands and Ecuador from May 13 until May 25, 2025. The government has no objection to this request.

WHEREFORE, for all of the foregoing reasons, defendant Philip Pulley, requests that the Court grant the instant Motion.

Respectfully Submitted,

s/s BRIAN J. MCMONAGLE
BRIAN J. MCMONAGLE, ESQUIRE
MCMONAGLE, PERRI, MCHUGH & MISCHAK
1845 Walnut Street
Suite 1900
Philadelphia, PA 19103
E-mail: bmcmonagle@mpmpc.com

## **CERTIFICATION OF SERVICE**

BRIAN J. MCMONAGLE, ESQUIRE, hereby certifies that on the date set forth below a true and correct copy of the Defendant Philip Pulley's Motion to permit travel, has been served by ELECTRONIC FILING.

/s/**BRIAN J. MCMONAGLE**

**DATED:** _____