IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 24-288 |
| PHILIP PULLEY | : | |

## ORDER

**AND NOW,** this 29th day of January, 2025, upon consideration of Defendant Philip Pulley's Motion to Permit Travel Outside the United States (ECF No. 23), and given that the Government has no objection to Defendant's request, it is hereby **ORDERED** that the Motion is **GRANTED** and Defendant is **PERMITTED** to travel to the Galapagos Islands and Ecuador from May 13 until May 25, 2025.

BY THE COURT:

*/s/  Mitchell S. Goldberg*

**Mitchell S. Goldberg,      J.**